**HOWARD v. SQUARE-D CO.**

[349 N.C. 224 (1998)]

MARY HOWARD, Employee v. SQUARE-D COMPANY, Employer, and SELF-INSURED (JAMES C. GREEN AND COMPANY, SERVICING AGENT)

No. 46PA98

(Filed 9 October 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 to review a unanimous decision of the Court of Appeals, 128 N.C. App. 303, 494 S.E.2d 606 (1998), reversing an opinion and award of the Industrial Commission entered 21 January 1997. Heard in the Supreme Court 1 October 1998.

*Young Moore and Henderson, P.A., by John A. Michaels and Dawn M. Dillon, for plaintiff-appellee.*

*Teague, Campbell, Dennis & Gorham, by Dayle A. Flammia and Tamara R. Nance, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice Wynn did not participate in the consideration or decision of this case.